**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-7642**

─────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

LESTER RAY MCMILLON, a/k/a Baby Ray McMillon,

                                    Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CR-98-105, CA-01-367-5-BO)

─────────

Submitted:  December 19, 2001      Decided:  January 14, 2002

─────────

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Lester Ray McMillon, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lester Ray McMillon, seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. McMillon, Nos. CR-98-105; CA-01-367-5-BO (E.D.N.C. filed Aug. 31, 2001; entered Sept. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2